IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01398-RPM-MEH

AMY V. WHITE, by and through her parent and next friend, ROGER WHITE,

    Plaintiff,

v.

GREGORY P. NESSLER,
PETER J. NESSLER, JR., and
LAURA J. NESSLER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2009.**

    The Stipulated Motion to Strike Settlement Conference [filed April 20, 2009; docket #17] is **granted in part and denied in part**. The Settlement Conference currently scheduled for May 1, 2009 is **vacated**. The parties are encouraged to contact my Chambers at (303) 844-4507 if they determine at any stage of the litigation that a settlement conference would be productive.