IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01398-RPM-MEH

AMY V. WHITE, by and through her parent and next friend, ROGER WHITE,

      Plaintiff,

v.

GREGORY P. NESSLER,
PETER J. NESSLER, JR., and
LAURA J. NESSLER,

      Defendants.

_____

## ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulation for Dismissal with Prejudice filed on September 30, 2009, it is

      ORDERED that this case is dismissed with prejudice, each party to pay their own costs

and attorneys' fees.

      Dated:   October 1st, 2009

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge